BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED
AUG 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 ) 2:13-MJ-0240-KJN
                                          )
            Plaintiff,                    ) STIPULATION AND ORDER
                                          ) CONTINUING PRELIMINARY HEARING
     v.                                   ) DATE
                                          )
NOM CHANTHALA,                            )
                                          ) Judge: Hon. Dale A. Drozd
            Defendant.                    )
                                          )
                                          )

## STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. At the defendant's initial appearance on August 9, 2013, this matter was set for a Preliminary Hearing on August 23, 2013.

2. By this Stipulation, the parties move to continue the Preliminary Hearing until September 13, 2013 at 2:00 p.m.

3. Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because the parties are discussing potential pre-indictment resolution of this matter. The parties

need further time to discuss this matter and discuss any potential consequences.

**IT IS SO STIPULATED.**

DATED: August 16, 2013          /s/ Jeffrey A. Spivak
                                JEFFREY A. SPIVAK
                                Assistant U.S. Attorney


DATED: August 16, 2013          /s/ Scott Cameron
                                SCOTT CAMERON
                                Attorney for Nom Chanthala
                                (as authorized on August 16, 2013)


## ORDER

IT IS SO FOUND and ORDERED, this 20th day of August, 2013.

_/s/ Dale A. Drozd_
Hon. DALE A. DROZD
United States Magistrate Judge